Theo. Nemoyer, appellee, v. Hotel La Salle Company, appellant. Gen. No. 27,706.

Suit for damages for personal injuries by being struck by a taxicab. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1922. Reversed and remanded. Opinion filed June 20, 1923.

W. Tudor ApMadoc, for appellant. James Percival Pio, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.